UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHARLES AUSTIN, AGNES AUSTIN, INDIVIDUALLY AND AS NEXT FRIENDS OF S.A., C.A., AND A.A., THEIR MINOR CHILDREN, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CV-07-28-B-W |
| v. | ) ) | |
| TOWN OF DEXTER, | ) ) | |
| Defendant . | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 21, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant Town of Dexter's Motion for Summary Judgment (Docket # 35) against Charles and Agnes Austin be and hereby is GRANTED and the action apropos S.A., C.A. and A.A. is dismissed without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of April, 2008